IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LOIS HANSBERRY**                                                                                          **PLAINTIFF**

v.                             Case No. 4:21-cv-01219 KGB

**MUTUAL OF OMAHA**
**INSURANCE COMPANY**                                                                         **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation for dismissal with prejudice (Dkt. No. 7). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order when the parties file "a stipulation of dismissal signed by all parties who have appeared" (*Id.*). The parties also represent that each party shall bear its own costs and attorney's fees (*Id.*).

For good cause shown, the Court grants the motion and dismisses with prejudice this case (*Id.*).

It is so ordered this 22nd day of July, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge